17069.   LEE *v.* THE STATE.

BROYLES, C. J.  The plaintiff in error was charged with manufacturing whisky, and the jury returned the following verdict: "We, the jury, find the defendant guilty [and] ask [the] mercy of the court." Thereupon the accused was given a *misdemeanor* sentence.  At the same term of the court he presented a motion to arrest the judgment, based upon the allegation that the verdict was not a legal one, under the indeterminate-sentence statute, in that no minimum and maximum penalty was fixed by the verdict.  The motion was overruled and the defendant excepted.  *Held:*  The verdict was not in proper form, and the judge should have sent the jury back to their room with instructions to fix a minimum and maximum penalty.  *Mitchell* v. *State,* 34 *Ga. App.* 505 (130 S. E. 355).  However, as the judge followed the recommendation of the jury and imposed a misdemeanor sentence, the defendant has no cause to complain, and the refusal to arrest the judgment was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Indictment for distilling, etc.; from Douglas superior court—Judge Irwin.    December 11, 1925.

Application for certiorari was made to the Supreme Court.

*J. R. Hutcheson, Astor Merritt,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1114, n. 45; 17 C. J. p. 362, n. 96.

---